AGRICULTURAL INSURANCE COMPANY et al., Respondents-Appellants, v. ELMHURST CONTRACTING CO., INC., Appellant-Respondent, and ALAN H. BONITO

& Co., Inc., Impleaded Defendant.— Order entered July 11, 1944, insofar as appealed from by the plaintiffs unanimously affirmed. Insofar as appealed from by defendant Elmhurst Contracting Co., Inc., said order is reversed and the motion denied (*Gettinger* v. *Glasser,* 204 App. Div. 829). Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Untermyer, J., dissent and vote to affirm. Settle order on notice. [See 269 App. Div. 655.]